# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT FEIGER,                                  1:14-cv-01920-DAD-EPG (PC)

      Plaintiff,

v.

MARLENE SMITH, et al.,

                  **ORDER & WRIT OF HABEAS CORPUS**
      Defendants.          **AD TESTIFICANDUM**

**Robert Feiger, CDCR # T-65167**, a necessary and material witness in a settlement conference in this case on September 29, 2016, is confined in California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the U. S. District Court, Courtroom #8, 2500 Tulare Street, Fresno, California 93721, on Thursday, September 29, 2016 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSATF, P. O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe at the time and place above, until completion of the settlement conference or as ordered by the court.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.



**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **July 28, 2016**                                    /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE