1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT FEIGER,                          1:14-cv-01920-DAD-EPG-PC

12           Plaintiff,                     ORDER DENYING PLAINTIFF'S
                                            MOTION FOR CONTINUANCE OF
13       vs.                                SETTLEMENT CONFERENCE AS
                                            MOOT
14  MARLENE SMITH, et al.,
                                            (ECF No. 31.)
15           Defendants.
                                            **Settlement Conference**
16                                          **September 29, 2016 at 9:00 a.m.**
                                            **Courtroom #8**
17                                          **Magistrate Judge Barbara A. McAuliffe**

18

19

20          Plaintiff Robert Feiger is a state prisoner proceeding *pro se* and *in forma pauperis* with

21  this civil rights action pursuant to 42 U.S.C. § 1983.  A settlement conference is scheduled for

22  this action on **September 29, 2016 at 9:00 a.m.** before Magistrate Judge Barbara A.

23  McAuliffe.

24          On August 15, 2016, Plaintiff filed a motion for appointment of counsel and a motion to

25  continue the settlement conference until after the Court has ruled on the motion for

26  appointment of counsel.  (ECF Nos. 30, 31.)  Plaintiff's motion to continue the settlement

27  conference is now moot, because on August 24, 2016, the Court ruled on the motion for

28  appointment of counsel.  (ECF No. 32.)  Therefore, Plaintiff's motion to continue the

settlement conference shall be denied, and the settlement conference remains scheduled for September 29, 2016 at 9:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for a continuance of the settlement conference for this action, filed on August 15, 2016, is DENIED as moot; and

2.      The settlement conference remains scheduled for September 29, 2016 at 9:00 a.m. before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **August 31, 2016**                    /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE