IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FEIGER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MARLENE SMITH, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 1:14-cv-01920-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES AND TO RESCHEDULE THE INITIAL SCHEDULING CONFERENCE** |

　　On December 14, 2016, Defendants filed a request for a 30-day extension of time to provide Plaintiff with their initial disclosures, and a request to reschedule the Initial Scheduling Conference 30 days from its current date. (ECF No. 41). Defendants ask for the extension and the rescheduling because Defendants are obtaining outside counsel, and outside counsel has not yet had an opportunity to file a substitution of attorney in this case.

　　The Court, having considered Defendants' request for an extension of time to serve initial disclosures and to reschedule the Initial Scheduling Conference, and good cause having been found:

　　IT IS ORDERED that Plaintiff and Defendants are GRANTED an extension of time of 30 days, through and including January 17, 2017, to exchange initial disclosures.

IT IS FURTHER ORDERED that Defendants' request to reschedule the Initial Scheduling Conference for thirty-days after the January 30, 2017, date that was originally set, is GRANTED. The Initial Scheduling Conference is rescheduled to **March 6, 2017 at 2:00 p.m.**

IT IS SO ORDERED.

Dated: __**December 15, 2016**__                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE