IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FEIGER,**<br><br>Plaintiff,<br><br>v.<br><br>**MARLENE SMITH, et al.,**<br><br>Defendants. | Case No. 1:14-cv-01920-DAD-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT NATALIE CLARK'S REQUEST FOR EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES AND DENYING REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

On January 16, 2017, Defendant Natalie Clark filed a request for a 30-day extension of time to provide Plaintiff with her initial disclosures, and a request to continue the Initial Scheduling Conference 30 days from its current date. (ECF No. 53). Defendant Clark asks for the extension and the continuance because Defendant Clark's new counsel "has not had adequate time to confer with [Defendant] Clark and review all pertinent documents and information necessary in order to be able to prepare Initial Disclosures by the current deadline of January 17, 2017."

The Court finds good cause to extend the initial disclosures deadline. The Court notes that, as it has granted Defendant Clark an additional 60 days to serve her initial disclosures on Plaintiff, the Court expects Defendant Clark to make meaningful initial disclosures.

As to the request to continue the Initial Scheduling Conference, Defendant Clark has not set forth a reason why the Initial Scheduling Conference, which is currently set for March 6, 2017,

needs to be continued.  Therefore, the Court will not continue the Initial Scheduling Conference.

Accordingly, based on the foregoing, IT IS ORDERED that Defendant Clark is GRANTED an extension of time of 30 days, through and including February 16, 2017, to serve her initial disclosures on Plaintiff.

IT IS FURTHER ORDERED that Defendant Clark's request to reschedule the Initial Scheduling Conference is DENIED.

IT IS SO ORDERED.

Dated:   **January 17, 2017**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE