UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEIGER,<br><br>            Plaintiff,<br><br>     v.<br><br>MARLENE SMITH, et al.,<br><br>            Defendants. | 1:14-cv-01920-DAD-EPG (PC)<br><br>ORDER AFTER INITIAL SCHEDULING CONFERENCE<br>(ECF NOS. 40 & 64) |

Robert Feiger ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims.  On March 6, 2017, the Court held an Initial Scheduling Conference ("Conference") in Feiger v. Smith (1:14-cv-01920) and Hauseur v. Clark (1:14-cv-01987).  Mark Hauseur telephonically appeared on his own behalf.  Robert Feiger telephonically appeared on his own behalf.  Counsel Jonathan Paul telephonically appeared on behalf of defendant Smith, counsel Thomas Feher appeared telephonically on behalf of defendant Clark, and counsel Kathleen Williams appeared telephonically on behalf of defendant Graves.  Counsel Justin Walker and Tracy Hendrickson, both of whom are with the Office of the Attorney General, specially appeared.

For the reasons stated on the record at the Conference, IT IS ORDERED THAT:

1. Plaintiff's requests to receive mail from other plaintiffs confidentially and legal files from his family confidentially (ECF No. 40) is treated as WITHDRAWN;
2. The Office of the Attorney General is to promptly send all of the documents

it has received that are related to this case to Kathleen Williams. Defense counsel are to meet and confer, and compile one set of documents from the documents that they have each received that are related to this case. If any documents are withheld as privileged, a privilege log must be included. Within forty-five days of the date of service of this order, Kathleen Williams is to bates stamp that set of documents, and send a bates stamped copy of that set of documents to Plaintiff and each other defense counsel;

3. Within fourteen days of the date of service of this order, Plaintiff is to provide all relevant documents he has related to his case only to Jonathon Paul. In a separate order, Mark Hauseur will be ordered to provide all relevant documents he has related to his case and Plaintiff's case to Jonathon Paul. Within forty-five days of the date of service of this order Jonathon Paul is to compile those documents, bates stamp them, and send a bates stamped copy of that set of documents to Plaintiff and each other defense counsel;

4. All documents that Plaintiff and Mark Hauseur send to Jonathon Paul are to be compiled, with a complete copy going to both Plaintiff and Mark Hauseur, unless Plaintiff or Mark Hauseur specifically mark particular documents that should not be sent to the other;

5. Plaintiff is to give authorization for defense counsel to request his medical records from 2006 onward.

IT IS SO ORDERED.

Dated: __March 10, 2017__    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE