UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEIGER,<br><br>    Plaintiff,<br><br>v.<br><br>MARLENE SMITH, et al.,<br><br>    Defendants. | 1:14-cv-01920-DAD-EPG (PC)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF PRO BONO COUNSEL (ECF NO. 51)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON TANYA E. MOORE |

Robert Feiger ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983, which includes state law claims. On January 11, 2017, Plaintiff filed a motion for appointment of pro bono counsel. (ECF No. 51). The Court finds that the appointment of counsel for Plaintiff is warranted and will grant Plaintiff's motion. Tanya E. Moore has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of pro bono counsel is GRANTED and Tanya E. Moore is appointed as counsel in the above entitled matter;

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment; and

3. The Clerk of Court is directed to serve a copy of this order on Tanya E. Moore, Mission Law Firm, 332 N. 2nd St., San Jose, CA 95112.

IT IS SO ORDERED.

Dated: **April 3, 2017**       /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE