Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Robert Feiger

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEIGER, | No. 1:14-cv-01920-DAD-EPG |
| Plaintiff, | **STIPULATION TO AMEND** |
| vs. | **SCHEDULING ORDER; ORDER** |
| MARLENE SMITH, et al., | |
| Defendants. | |

Plaintiff, Robert Feiger ("Plaintiff"), and Defendants, Natalie Clark, Marlene Robicheaux-Smith, and Antoneya Graves ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court amend the Scheduling Order as follows:

**WHEREAS**, attorney Tanya Moore of the Mission Law Firm, A.P.C., was appointed pro bono counsel for Plaintiff on April 4, 2017 (Dkt. 73);

**WHEREAS,** a telephonic Discovery Status Conference is set for August 7, 2017 in this matter;

**WHEREAS,** Plaintiff's counsel has required time to review the voluminous documents in the case, and meeting and communicating with Plaintiff has taken Plaintiff's counsel significant time due to Plaintiff's incarceration, such that Plaintiff will be unable to conduct the necessary discovery in time to comply with the current deadlines set by this Court's Scheduling Order, dated March 9, 2017 (Dkt. 65);

**NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Non-expert discovery cutoff | September 29, 2017 | November 10, 2017 |
| Expert discovery cutoff | December 20, 2017 | January 31, 2018 |
| Expert disclosures | October 31, 2017 | December 12, 2017 |
| Rebuttal expert disclosures | November 30, 2017 | January 11, 2018 |
| Dispositive motion filing deadline | February 28, 2018 | April 11, 2018 |

The Parties additionally stipulate to continue the Discovery Status Conference set for August 7, 2017, to a date on or around October 16, 2017 at the Court's convenience.

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

**IT IS SO STIPULATED**.

Dated: July 13, 2017                MISSION LAW FIRM, A.P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Robert Feiger

Dated: July 13, 2017                LeBEAU – THELEN, LLP

                                    */s/ Thomas P. Feher*
                                    Thomas P. Feher
                                    Attorneys for Defendant,
                                    Natalie Clark

Dated: July 13, 2017                RIVERA & ASSOCIATES

                                    */s/ Jonathan B. Paul*
                                    Jonathan B. Paul
                                    Attorneys for Defendant,
                                    Marlene Robicheaux-Smith

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

2

1
2  Dated: July 13, 2017                         WILLIAMS & ASSOCIATES
3
                                               */s/ Martha M. Stringer*
4                                              Martha M. Stringer
                                               Attorneys for Defendant,
5                                              Antoneya Graves

6                                       **ORDER**

7       The Parties having so stipulated and good cause appearing,

8       **IT IS HEREBY ORDERED** that the Scheduling Order, dated March 9, 2017 (ECF
9  No. 65), is amended as follows:

10 | Event | Current Date | New Date |
   |---|---|---|
11 | Non-expert discovery cutoff | September 29, 2017 | November 10, 2017 |
12 | Expert discovery cutoff | December 20, 2017 | January 31, 2018 |
13 | Expert disclosures | October 31, 2017 | December 12, 2017 |
14 | Rebuttal expert disclosures | November 30, 2017 | January 11, 2018 |
15 | Dispositive motion filing deadline | February 28, 2018 | April 11, 2018 |

18      **IT IS FURTHER ORDERED** that the Telephonic Discovery Status Conference
19 currently set for August 7, 2017, is continued to October 19, 2017, at 2:00 p.m. in Courtroom
20 10 before Magistrate Judge Erica P. Grosjean. The Parties have leave to appear by phone. To
21 join the conference, each party is directed to call the toll-free number (888) 251−2909 and use
22 Access Code 1024453. Up until two weeks before the discovery conference, the parties may
23 file a motion to compel further discovery responses. One week before the discovery
24 conference, the responding party may file a response to the motion to compel. The motion
25 should include a copy of the request(s) and any response to the request(s) at issue. Unless there
26 is a need for discovery prior to the discovery conference, motions to compel will not be
27 considered until the discovery conference. Motions to compel will not be permitted after the
28 discovery conference absent good cause. The parties should be prepared to address all

1 discovery disputes at the discovery conference.

2     All other requirements set forth in the Scheduling Order relating to the above shall
3 remain unchanged, including the pre-trial and trial dates.

4     These revised dates should be considered as firm. No further extensions of these
5 deadlines will be granted absent a showing of good cause and a scheduling conference with the
6 Court.

8 IT IS SO ORDERED.

9    Dated:  **July 14, 2017**          /s/ Erica P. Grosjean
10                                      UNITED STATES MAGISTRATE JUDGE