Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Robert Feiger

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEIGER, | No. 1:14-cv-01920-DAD-EPG (PC) |
| Plaintiff, | **SECOND STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |
| v. | |
| MARLENE SMITH, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | Plaintiff, Robert Feiger ("Plaintiff"), and Defendants, Natalie Clark, Marlene Robicheaux-Smith, and Antoneya Graves ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court amend the Scheduling Order as follows: |

**WHEREAS,** the Parties previously requested an amendment to the Scheduling Order, which request was granted on July 14, 2017 (Dkt. 92);

**WHEREAS,** since the initial extension of the Scheduling Order deadlines, the Parties have exchanged extensive written discovery, and the deposition of Plaintiff has been conducted, although additional time to complete the deposition will be required;

**WHEREAS,** as a result of the discovery undertaken, the Parties have engaged in settlement discussions and wish to fully explore and exhaust such settlement discussions before expending additional time completing discovery and consuming judicial resources;

**WHEREAS,** communication of settlement offers is more time consuming than is traditionally the case given the incarceration of Plaintiff, coupled with the necessary various entities required on Defendants' part to make, respond to, and where appropriate, authorize, settlement offers. Such additional time frustrates the Parties' abilities to promptly explore settlement;

**WHEREAS,** based on the foregoing, the Parties wish to extend the current deadlines by thirty days while they explore settlement.

**NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order as follows:

| Event | Current Date | New Date |
|---|---|---|
| Non-expert discovery cutoff | November 10, 2017 | December 11, 2017 |
| Expert discovery cutoff | January 31, 2018 | March 2, 2018 |
| Expert disclosures | December 12, 2017 | January 12, 2018 |
| Rebuttal expert disclosures | January 11, 2018 | February 12, 2018 |
| Dispositive motion filing deadline | April 11, 2018 | May 11, 2018 |

| | |
|---|---|
| 1 | The Parties additionally stipulate to continue the Discovery Status Conference set for |
| 2 | October 24, 2017, to a date on or after November 27, 2017 at the Court's convenience. |
| 3 | All other requirements set forth in the Scheduling Order relating to the above shall |
| 4 | remain unchanged, including the pre-trial date of and trial dates. |

**IT IS SO STIPULATED**.

Dated: October 3, 2017                MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Robert Feiger

Dated: October 4, 2017                LeBEAU – THELEN, LLP

*/s/ Thomas P. Feher*
Thomas P. Feher
Attorneys for Defendant,
Natalie Clark

Dated: October 3, 2017                RIVERA & ASSOCIATES

*/s/ Jonathan B. Paul*
Jonathan B. Paul
Attorneys for Defendant,
Marlene Robicheaux-Smith

Dated: October 3, 2017                WILLIAMS & ASSOCIATES

*/s/ Martha M. Stringer*
Martha M. Stringer
Attorneys for Defendant,
Antoneya Graves

SECOND STIPULATION TO AMEND SCHEDULING ORDER; ORDER

3

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Amended Scheduling Order, dated July 14, 2017 (ECF No. 92), is amended as follows:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Non-expert discovery cutoff | November 10, 2017 | December 11, 2017 |
| Expert discovery cutoff | January 31, 2018 | March 2, 2018 |
| Expert disclosures | December 12, 2017 | January 12, 2018 |
| Rebuttal expert disclosures | January 11, 2018 | February 12, 2018 |
| Dispositive motion filing deadline | April 11, 2018 | May 11, 2018 |

**IT IS FURTHER ORDERED** that the telephonic Discovery Status Conference currently set for October 24, 2017 is continued to December 6, 2017, at 2:00 p.m., in Courtroom 10 before Magistrate Judge Erica P. Grosjean. The Parties have leave to appear by phone. To join the conference, each party is directed to call the toll-free number (888) 251−2909 and use Access Code 1024453. Up until two weeks before the discovery conference, the parties may file a motion to compel further discovery responses. One week before the discovery conference, the responding party may file a response to the motion to compel. The motion should include a copy of the request(s) and any response to the request(s) at issue. Unless there is a need for discovery prior to the discovery conference, motions to compel will not be considered until the discovery conference. Motions to compel will not be permitted after the discovery conference absent good cause. The parties should be prepared to address all discovery disputes at the discovery conference.

///

///

///

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

IT IS SO ORDERED.

Dated: **October 5, 2017**  /s/ Elici P. Grosjean
UNITED STATES MAGISTRATE JUDGE