1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiffs,
   Mark Hauseur and Robert Feiger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAUSEUR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATALIE CLARK, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-01987-DAD-EPG<br><br>AND |
| ROBERT FEIGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARLENE SMITH, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-01920-DAD-EPG<br><br>**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT; ORDER** |

I, Tanya E. Moore, attorney for Plaintiffs Mark Hauseur and Robert Feiger, declare as follows:

1. I was appointed to represent Plaintiffs Mark Hauseur and Robert Feiger ("Plaintiffs") in the above-referenced actions on April 4, 2017 (*Hauseur* Dkt. 61; *Feiger* Dkt. 73), by the Honorable Erica P. Grosjean, United States Magistrate Judge.

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT; ORDER

1

2. As the same defendants are involved in both above-referenced matters, and both cases involve a substantially similar set of facts, Plaintiffs intend to conduct one deposition for of the three defendants, Antoneya Graves, Marlene Robicheaux-Smith, and Natalie Clark, with the deposition transcripts to be used in both matters, and are therefore submitting this request in both matters. I believe that this course of action is reasonably necessary to the prosecution of these actions.

3. I have made reasonable inquiry and believe that the cost of this course of action will not exceed the total amount of $3,000. I anticipate that much, if not all, of this cost will be reimbursed by the Court Reporters Board Transcript Reimbursement Fund, although the Fund has advised that it cannot confirm in advance that the cost will be reimbursed due to the potential for lack of adequate funding.

4. I therefore request that the Court authorize the expenditure in an amount not to exceed that stated above, to the extent that the cost is not reimbursed by the Transcript Reimbursement Fund, for the completion of this contemplated course of action.

5. No costs to my knowledge have been heretofore approved in either matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated October 11, 2017          /s/ Tanya E. Moore
         Tanya E. Moore

## ORDER

Good cause appearing therefore, the above expenditure is:

__X__ Approved, but the court will not pay for videography or expedited transcripts.     _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, __.M. in Courtroom 10.

**IT IS SO ORDERED.**

Dated: October 11, 2017        _E. P. _____
       United States Magistrate Judge

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT; ORDER

2