## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT FEIGER,

             Plaintiff,

v.

MARLENE SMITH, et al.,

             Defendants.

Case No. 1:14-cv-01920-DAD-EPG (PC)

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ROBERT J. FEIGER, CDCR # T-65167, PLAINTIFF'S WITNESS

DATE: November 21, 2017
TIME:  8:30 a.m.

     ROBERT J. FEIGER, inmate, CDCR # T-65167, a necessary and material witness for the plaintiff in proceedings in this case on November 21, 2017, is confined at California Substance Abuse Treatment Facility and State Prison, Corcoran, 900 Quebec Avenue, Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom # 9, 6th  Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, on November 21, 2017, at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Substance Abuse Treatment Facility and State Prison, Corcoran**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   **November 13, 2017**                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE

