**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FEIGER, | Case No.: 1:14-cv-01920-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER THAT INMATE ROBERT FEIGER, CDCR # T-65167 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| MARLENE SMITH, et al., | |
| Defendants. | |

A settlement conference in this matter commenced on November 21, 2017, inmate Robert Feiger CDCR Inmate No. T-65167, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.


IT IS SO ORDERED.

Dated: __**November 21, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE