1  Tanya E. Moore, SBN 206683
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Robert Feiger
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT FEIGER,                     )  No. 1:14-cv-01920-DAD-EPG (PC)
                                       )
12            Plaintiff,               )  **SECOND STIPULATION TO EXTEND**
                                       )  **DISPOSITIONAL DOCUMENT FILING**
13        vs.                          )  **DEADLINE AFTER SETTLEMENT;**
                                       )  **ORDER**
14  MARLENE SMITH, et al.,             )
                                       )
15            Defendants.              )
                                       )
16  _____  )

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff, Robert Feiger ("Plaintiff"), and Defendants, Marlene Robicheaux-Smith, Natalie Clark, and Antoneya Graves ("Defendants," and together with Plaintiff, "the Parties"), together request that the Court extend the dispositional document filing deadline as follows:

1. On November 22, 2017, the Court issued an Order Following Settlement ("Order") noting that this matter had settled, and requiring that the parties file dispositional documents within 30 days following service of the Order, which date is therefore December 21, 2017. (Dkt. 109.)

2. Defendants agreed to prepare the settlement documents. After working together diligently to agree to the proposed terms, Defendants submitted to Plaintiff a proposed settlement agreement on December 12, 2017. Plaintiff requested changes be made to the terms of settlement, and the Parties were negotiating those final terms. Those negotiations have taken longer than anticipated given the intervening holidays and difficulty communicating with all parties involved in settlement.

3. The Parties previously requested an extension of time to file dispositional documents, which request was granted and the current deadline is now January 31, 2018. (Dkt. 111.)

4. Defendants were able to obtain signatures on the Agreement on January 26, 2018, and have relayed their signatures to Plaintiff's counsel. Plaintiff's counsel now needs time to meet with Plaintiff, go over the terms of the Agreement, and assuming it is agreeable, obtain Plaintiff's signature.

5. Accordingly, subject to Court approval, the Parties stipulate to extend the time within which dispositional documents must be filed to February 23, 2018.

///
///
///
///
///

**IT IS SO STIPULATED**.

Dated: January 30, 2018     MISSION LAW FIRM, A.P.C.

             */s/ Tanya E. Moore*
             Tanya E. Moore
             Attorney for Plaintiff,
             Robert Feiger

Dated: January 30, 2018     LeBEAU – THELEN, LLP

             */s/ Thomas P. Feher*
             Thomas P. Feher
             Attorneys for Defendant,
             Natalie Clark

Dated: January 30, 2018     RIVERA & ASSOCIATES

             */s/ Jonathan B. Paul*
             Jonathan B. Paul
             Attorneys for Defendant,
             Marlene Robicheaux-Smith

Dated: January 30, 2018     WILLIAMS & ASSOCIATES

             */s/ Martha M. Stringer*
             Martha M. Stringer
             Attorneys for Defendant,
             Antoneya Graves

## <u>ORDER</u>

   The Parties having so stipulated and good cause appearing,

   **IT IS HEREBY ORDERED** that the dispositional document filing deadline is extended from January 31, 2018, to February 23, 2018.

///

///

///

///

///

Additionally, a status conference is set for March 5, 2018, at 10:00 a.m., in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The Court will vacate this conference if the dispositional documents are filed before the conference.

IT IS SO ORDERED.

Dated: __February 1, 2018__       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE