UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FEIGER,<br><br>        Plaintiff,<br><br>    v.<br><br>MARLENE SMITH, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01920-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 114) |

On February 20, 2018, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own attorneys' fees. (ECF No. 114). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of attorneys' fees. Accordingly, the status conference set for March 5, 2018, is vacated, and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated: __**February 20, 2018**__               /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE